

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| CARRIE MONROE, | § | No. 08-20-00213-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| UDAY SHAH, | § | of Dallas County, Texas[1] |
| Appellee. | § | (TC# CC20-03109-E) |
|  | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF DECEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Fifth Court of Appeals in Dallas. *See* TEX.R.APP.P. 41.3.